3325 Livingston St, LLC
651 Winks Ln
Bensalem, PA 19020-5934

Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Aidvantage
Attn: Bankruptcy
1891 Metro Center Dr
Reston, VA 20190-5287

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy 7933 Preston Rd
Plano, TX 75024-2302

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized
Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Bank/Ann Taylor
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/anniesez
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Express
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Fashion Bug
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity bank/J Crew
Attn: Bankruptcy
PO Box 18215
Columbus, OH 43218

Comenity Bank/Lane Bryant
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Pier 1
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Capital Bank/HSN
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenitybank/hottpic
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

Dell Financial Services
Attn: Bankruptcy
P.O. Box 81577
Austin, TX 78708-1577

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

MOHELA
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

New York State Thruway
200 Southern Blvd
Albany, NY 12209-2018

Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd Floor
Philadelphia, PA 19122

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Raymond & Flannigan/Wffnatlbnk
Attn: Bankruptcy 1 Home Campus MAC X2303-01A
Des Moines, IA 50328

Raymour & Flanigan
Attn: Bankruptcy
PO Box 220
Liverpool, NY 13088


Santander Consumer Usa
Attn: Bankruptcy
PO Box 961211
Fort Worth, TX 76161


Scratch Financial
Attn: Compliance Attn: Compliance
815 Colorado Blvd , Ste 450
Los Angeles, CA 90041


Syncb/Venmo
Attn: Bankruptcy
P.O. Box 965064
Orlando, FL 32896-5060


Syncb/Walmart
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Banana Republic
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Brook Brothers
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony/American Eagle
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Walmart Credit Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285