# United States Bankruptcy Court
# Middle District of Pennsylvania

| | |
|---|---|
| In re: Jodie Beth Barker | Case No. 24-10523 |
| Jodie Beth Barker,<br><br>        Debtor. | Chapter 13 |

### Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Notice of Chapter 13 Bankruptcy on the following parties by first class mail or through the CM/ECF system:

PECO Energy Company
2301 Market St
Philadelphia, PA 19103

PGW
Legal – Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd Floor
Philadelphia, PA 19122


Date: April 3, 2024

                                                /s/ Michael A. Cibik
                                                Michael A. Cibik (#23110)
                                                Cibik Law, P.C.
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA 19102
                                                215-735-1060
                                                mail@cibiklaw.com