

| Employer Name: | KenCrest Services |
| Employer Phone: | 610-825-9360 |
| Employer Address: | 960A Harvest Drive Suite 100 Blue Bell, PA 19422 |

| Employee Name: | Jodie Beth Barker |
| Employee #: | 31592 |
| Employee Address: | 6501 Wayne Ave Apt 3W Philadelphia, PA 19119 |
| Department: | Ne Pre-K Program |
| Job Title: | Teacher Pre-K Cert 2 |
| Pay Group: | KCS - Five Day |

| Pay Date: | 12/8/2023 |
| Pay Period: | 11/13/2023 - 11/26/2023 |
| Deposit Advice #: | 700161498 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 23.9925 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Philadelphia) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

|  | Current 11/13/2023 - 11/26/2023 | | | YTD As of 11/26/2023 | |
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 75.0000 |  | $1,799.40 | 1,889.0000 | $47,320.90 |
| Salary Rate | 60.0000 | 23.9925 | $1,439.52 | 1,641.5000 | $39,382.87 |
| Holiday | 15.0000 | 23.9925 | $359.88 | 97.5000 | $2,339.22 |
| DTO Cash Out |  |  |  | 14.0000 | $335.90 |
| LTM |  |  |  | 15.0000 | $359.88 |
| Paid Break |  |  |  | 67.5000 | $1,619.46 |
| Sign On Bonus |  |  |  |  | $2,000.00 |
| DTO Planned |  |  |  | 45.0000 | $1,079.64 |
| DTO Unplanned |  |  |  | 8.5000 | $203.93 |
| **Memo Information** |  |  | $463.03 |  | $9,449.69 |
| ER Paid AD&D |  |  | $0.08 |  | $1.84 |
| ER Paid LifeIns |  |  | $0.47 |  | $10.81 |
| ER Paid LTD |  |  | $2.48 |  | $57.04 |
| ER Paid HDHP |  |  | $410.00 |  | $8,830.00 |
| ER Paid HSA (F) |  |  | $50.00 |  | $550.00 |
| **Pre-Tax Deductions** |  |  | $8.49 |  | $915.27 |
| Aetna Dent DMO |  |  | $8.49 |  | $195.27 |
| HDHP 2000 |  |  |  |  | $720.00 |
| **Taxes** |  |  | $403.25 |  | $10,439.68 |
| Fed W/H |  |  | $142.52 |  | $3,646.26 |
| FICA EE |  |  | $111.04 |  | $2,877.15 |
| Fed MWT EE |  |  | $25.97 |  | $672.88 |
| PA W/H |  |  | $54.98 |  | $1,424.65 |
| PA UT EE |  |  | $1.26 |  | $33.13 |
| PhilCityW/H |  |  | $67.48 |  | $1,785.61 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $1,387.66 |  | $35,965.95 |
| Direct Deposit | 031201360 | XXXXXX6415 | $1,387.66 |  |  |

| **Other Payroll Information** | |
| Fiscal Employer HSA | $50.00 |

| **Accruals & Balances** | |
| DTO - Hours Balance: | 22.50 Hours |
| LTM - Hours Balance: | 28.13 Hours |



Page 1 of 1



| Employer Name: | KenCrest Services |
|---|---|
| Employer Phone: | 610-825-9360 |
| Employer Address: | 960A Harvest Drive Suite 100 Blue Bell, PA 19422 |

| | |
|---|---|
| Employee Name: | Jodie Beth Barker |
| Employee #: | 31592 |
| Employee Address: | 6501 Wayne Ave Apt 3W Philadelphia, PA 19119 |
| Department: | Ne Pre-K Program |
| Job Title: | Teacher Pre-K Cert 2 |
| Pay Group: | KCS - Five Day |

| | |
|---|---|
| Pay Date: | 12/22/2023 |
| Pay Period: | 11/27/2023 - 12/10/2023 |
| Deposit Advice #: | 706849197 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 23.9925 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Philadelphia) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 11/27/2023 - 12/10/2023 | | | YTD As of 12/10/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 75.0000 | | $1,799.40 | 1,964.0000 | $49,120.30 |
| Salary Rate | 67.5000 | 23.9925 | $1,619.46 | 1,709.0000 | $41,002.33 |
| Holiday | | | | 97.5000 | $2,339.22 |
| DTO Cash Out | | | | 14.0000 | $335.90 |
| LTM | | | | 15.0000 | $359.88 |
| Paid Break | | | | 67.5000 | $1,619.46 |
| Sign On Bonus | | | | | $2,000.00 |
| DTO Planned | 7.5000 | 23.9925 | $179.94 | 52.5000 | $1,259.58 |
| DTO Unplanned | | | | 8.5000 | $203.93 |
| **Memo Information** | | | $463.03 | | $9,912.72 |
| ER Paid AD&D | | | $0.08 | | $1.92 |
| ER Paid LifeIns | | | $0.47 | | $11.28 |
| ER Paid LTD | | | $2.48 | | $59.52 |
| ER Paid HDHP | | | $410.00 | | $9,240.00 |
| ER Paid HSA (F) | | | $50.00 | | $600.00 |
| **Pre-Tax Deductions** | | | $8.49 | | $923.76 |
| Aetna Dent DMO | | | $8.49 | | $203.76 |
| HDHP 2000 | | | | | $720.00 |
| **Taxes** | | | $403.25 | | $10,842.93 |
| Fed W/H | | | $142.52 | | $3,788.78 |
| FICA EE | | | $111.04 | | $2,988.19 |
| Fed MWT EE | | | $25.97 | | $698.85 |
| PA W/H | | | $54.98 | | $1,479.63 |
| PA UT EE | | | $1.26 | | $34.39 |
| PhilCityW/H | | | $67.48 | | $1,853.09 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,387.66 | | $37,353.61 |
| Direct Deposit | 031201360 | XXXXXX6415 | $1,387.66 | | |

**Other Payroll Information**
Fiscal Employer HSA      $50.00

**Accruals & Balances**
| | | | |
|---|---|---|---|
| DTO - Hours Balance: | 15.00 Hours | DTO - Hours Taken: | 7.50 Hours |
| LTM - Hours Balance: | 28.13 Hours | | |

**Messages from your Employer**
Reminder!! W2 processing is approaching, please take this time to review and/or update your mailing address.


CERIDIAN

Page 1 of 1



**Employer Name:** KenCrest Services
**Employer Phone:** 610-825-9360
**Employer Address:** 960A Harvest Drive, Suite 100, Blue Bell, PA 19422

**Employee Name:** Jodie Beth Barker
**Employee #:** 31592
**Employee Address:** 6501 Wayne Ave Apt 3W, Philadelphia, PA 19119
**Department:** Ne Pre-K Program
**Job Title:** Teacher Pre-K Cert 2
**Pay Group:** KCS - Five Day

**Pay Date:** 1/5/2024
**Pay Period:** 12/11/2023 - 12/24/2023
**Deposit Advice #:** 713168250
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 23.9925
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** (Philadelphia)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

|  | Current 12/11/2023 - 12/24/2023 | | | YTD As of 12/24/2023 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 75.0000 |  | $1,799.40 | 75.0000 | $1,799.40 |
| Salary Rate | 75.0000 | 23.9925 | $1,799.40 | 75.0000 | $1,799.40 |
| **Memo Information** |  |  | $463.03 |  | $463.03 |
| ER Paid AD&D |  |  | $0.08 |  | $0.08 |
| ER Paid LifeIns |  |  | $0.47 |  | $0.47 |
| ER Paid LTD |  |  | $2.48 |  | $2.48 |
| ER Paid HDHP |  |  | $410.00 |  | $410.00 |
| ER Paid HSA (F) |  |  | $50.00 |  | $50.00 |
| **Pre-Tax Deductions** |  |  | $8.49 |  | $8.49 |
| Aetna Dent DMO |  |  | $8.49 |  | $8.49 |
| **Taxes** |  |  | $399.33 |  | $399.33 |
| Fed W/H |  |  | $138.60 |  | $138.60 |
| FICA EE |  |  | $111.04 |  | $111.04 |
| Fed MWT EE |  |  | $25.97 |  | $25.97 |
| PA W/H |  |  | $54.98 |  | $54.98 |
| PA UT EE |  |  | $1.26 |  | $1.26 |
| PhilCityW/H |  |  | $67.48 |  | $67.48 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $1,391.58 |  | $1,391.58 |
| Direct Deposit | 031201360 | XXXXXX6415 | $1,391.58 |  |  |

| **Other Payroll Information** | |
|---|---|
| Fiscal Employer HSA | $50.00 |

| **Accruals & Balances** | |
|---|---|
| DTO - Hours Balance: | 15.00 Hours |
| LTM - Hours Balance: | 28.13 Hours |



Page 1 of 1



**Employer Name:** KenCrest Services
**Employer Phone:** 610-825-9360
**Employer Address:** 960A Harvest Drive, Suite 100, Blue Bell, PA 19422

**Employee Name:** Jodie Beth Barker
**Employee #:** 31592
**Employee Address:** 6501 Wayne Ave Apt 3W, Philadelphia, PA 19119
**Department:** Ne Pre-K Program
**Job Title:** Teacher Pre-K Cert 2
**Pay Group:** KCS - Five Day

**Pay Date:** 1/19/2024
**Pay Period:** 12/25/2023 - 1/7/2024
**Deposit Advice #:** 719685948
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 23.9925
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** (Philadelphia)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

|  | Current 12/25/2023 - 1/7/2024 | | | YTD As of 1/7/2024 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 75.0000 |  | $1,799.40 | 150.0000 | $3,598.80 |
| Salary Rate | 30.0000 | 23.9925 | $719.76 | 105.0000 | $2,519.16 |
| Holiday | 15.0000 | 23.9925 | $359.88 | 15.0000 | $359.88 |
| Paid Break | 30.0000 | 23.9925 | $719.76 | 30.0000 | $719.76 |
| **Memo Information** |  |  | $463.03 |  | $926.06 |
| ER Paid AD&D |  |  | $0.08 |  | $0.16 |
| ER Paid LifeIns |  |  | $0.47 |  | $0.94 |
| ER Paid LTD |  |  | $2.48 |  | $4.96 |
| ER Paid HDHP |  |  | $410.00 |  | $820.00 |
| ER Paid HSA (F) |  |  | $50.00 |  | $100.00 |
| **Pre-Tax Deductions** |  |  | $8.49 |  | $16.98 |
| Aetna Dent DMO |  |  | $8.49 |  | $16.98 |
| **Taxes** |  |  | $399.32 |  | $798.65 |
| Fed W/H |  |  | $138.60 |  | $277.20 |
| FICA EE |  |  | $111.03 |  | $222.07 |
| Fed MWT EE |  |  | $25.97 |  | $51.94 |
| PA W/H |  |  | $54.98 |  | $109.96 |
| PA UT EE |  |  | $1.26 |  | $2.52 |
| PhilCityW/H |  |  | $67.48 |  | $134.96 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $1,391.59 |  | $2,783.17 |
| Direct Deposit | 031201360 | XXXXXX6415 | $1,391.59 |  |  |

**Other Payroll Information**
Fiscal Employer HSA    $50.00

**Accruals & Balances**
DTO - Hours Balance:    15.00 Hours
LTM - Hours Balance:    28.13 Hours



Page 1 of 1



**Employer Name:** KenCrest Services
**Employer Phone:** 610-825-9360
**Employer Address:** 960A Harvest Drive, Suite 100, Blue Bell, PA 19422

**Employee Name:** Jodie Beth Barker
**Employee #:** 31592
**Employee Address:** 6501 Wayne Ave, Apt 3W, Philadelphia, PA 19119
**Department:** Ne Pre-K Program
**Job Title:** Teacher Pre-K Cert 2
**Pay Group:** KCS - Five Day

**Pay Date:** 2/2/2024
**Pay Period:** 1/8/2024 - 1/21/2024
**Deposit Advice #:** 725669499
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 23.9925
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** (Philadelphia)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

|  | Current 1/8/2024 - 1/21/2024 | | | YTD As of 1/21/2024 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 75.0000 |  | $1,799.40 | 225.0000 | $5,398.20 |
| Salary Rate | 52.5000 | 23.9925 | $1,259.58 | 157.5000 | $3,778.74 |
| Holiday | 7.5000 | 23.9925 | $179.94 | 22.5000 | $539.82 |
| Paid Break |  |  |  | 30.0000 | $719.76 |
| DTO Planned | 15.0000 | 23.9925 | $359.88 | 15.0000 | $359.88 |
| **Memo Information** |  |  | $463.03 |  | $1,389.09 |
| ER Paid AD&D |  |  | $0.08 |  | $0.24 |
| ER Paid LifeIns |  |  | $0.47 |  | $1.41 |
| ER Paid LTD |  |  | $2.48 |  | $7.44 |
| ER Paid HDHP |  |  | $410.00 |  | $1,230.00 |
| ER Paid HSA (F) |  |  | $50.00 |  | $150.00 |
| **Pre-Tax Deductions** |  |  | $8.49 |  | $25.47 |
| Aetna Dent DMO |  |  | $8.49 |  | $25.47 |
| **Taxes** |  |  | $399.32 |  | $1,197.97 |
| Fed W/H |  |  | $138.60 |  | $415.80 |
| FICA EE |  |  | $111.04 |  | $333.11 |
| Fed MWT EE |  |  | $25.96 |  | $77.90 |
| PA W/H |  |  | $54.98 |  | $164.94 |
| PA UT EE |  |  | $1.26 |  | $3.78 |
| PhilCityW/H |  |  | $67.48 |  | $202.44 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $1,391.59 |  | $4,174.76 |
| Direct Deposit | 031201360 | XXXXXX6415 | $1,391.59 |  |  |

**Other Payroll Information**
| Fiscal Employer HSA | $50.00 |
|---|---|

**Accruals & Balances**
| DTO - Hours Balance: | 0.00 Hours | DTO - Hours Taken: | 15.00 Hours |
|---|---|---|---|
| LTM - Hours Balance: | 28.13 Hours |  |  |

CERIDIAN

Page 1 of 1



| **Employer Name:** | KenCrest Services |
| **Employer Phone:** | 610-825-9360 |
| **Employer Address:** | 960A Harvest Drive Suite 100 Blue Bell, PA 19422 |

| | **Employee Name:** | Jodie Beth Barker |
| | **Employee #:** | 31592 |
| | **Employee Address:** | 6501 Wayne Ave Apt 3W Philadelphia, PA 19119 |
| | **Department:** | Ne Pre-K Program |
| | **Job Title:** | Teacher Pre-K Cert 2 |
| | **Pay Group:** | KCS - Five Day |

| | **Pay Date:** | 2/16/2024 |
| | **Pay Period:** | 1/22/2024 - 2/4/2024 |
| | **Deposit Advice #:** | 732008786 |
| | **Pay Frequency:** | Bi-Weekly |
| | **Pay Rate:** | 23.9925 |
| | **Federal Filing Status:** | Single |
| | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | **Local Exemptions:** | (Philadelphia) |
| | **State Filing Status:** | (PA) |
| | **State Exemptions:** | (PA) |

| | Current 1/22/2024 - 2/4/2024 | | | YTD As of 2/4/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 67.5000 | | $1,619.46 | 292.5000 | $7,017.66 |
| Salary Rate | 67.5000 | 23.9925 | $1,619.46 | 225.0000 | $5,398.20 |
| Holiday | | | | 22.5000 | $539.82 |
| Paid Break | | | | 30.0000 | $719.76 |
| DTO Planned | | | | 15.0000 | $359.88 |
| **Memo Information** | | | $463.03 | | $1,852.12 |
| ER Paid AD&D | | | $0.08 | | $0.32 |
| ER Paid LifeIns | | | $0.47 | | $1.88 |
| ER Paid LTD | | | $2.48 | | $9.92 |
| ER Paid HDHP | | | $410.00 | | $1,640.00 |
| ER Paid HSA (F) | | | $50.00 | | $200.00 |
| **Pre-Tax Deductions** | | | $8.49 | | $33.96 |
| Aetna Dent DMO | | | $8.49 | | $33.96 |
| **Taxes** | | | $351.57 | | $1,549.54 |
| Fed W/H | | | $117.01 | | $532.81 |
| FICA EE | | | $99.88 | | $432.99 |
| Fed MWT EE | | | $23.36 | | $101.26 |
| PA W/H | | | $49.46 | | $214.40 |
| PA UT EE | | | $1.13 | | $4.91 |
| PhilCityW/H | | | $60.73 | | $263.17 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,259.40 | | $5,434.16 |
| Direct Deposit | 031201360 | XXXXXX6415 | $1,259.40 | | |

| **Other Payroll Information** | |
|---|---|
| Fiscal Employer HSA | $50.00 |

| **Accruals & Balances** | |
|---|---|
| DTO - Hours Balance: | 0.00 Hours |
| LTM - Hours Balance: | 28.13 Hours |

C
CERIDIAN

Page 1 of 1