**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | CASE NO.: 24-10523-AMC |
| Jodie Beth Barker, ) ) | |
| Debtor ) ) | CHAPTER 13 |

**OBJECTION OF CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE, N.A.
TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN**

Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), by and through its attorneys, Lavin, Cedrone, Graver, Boyd & DiSipio, files **Objection to Confirmation of Debtor's Proposed Plan** and states:

1. On May 30, 2020, Debtor Jodie Beth Barker, entered into a Retail Installment Sales Contract in the principal amount of $21,522.00 (the "Contract") that referred and related to the purchase of a 2010 Jeep Wrangler Utility 2D Rubicon 4WD .8L V6, V.I.N. 1J4BA6D11AL183656 (the "Motor Vehicle").

2. The interest rate under the Contract is 7.5700% *per annum*.

3. COAF is the assignee of the Contract.

4. To secure the Contract, Debtor Jodie Beth Barker granted a first lien on the Motor Vehicle in favor of COAF.

5. On February 16, 2024, Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

6. On February 16, 2024, Debtor filed a Proposed Plan (the "Plan").

7. The Chapter 13 Trustee has scheduled a Meeting of Creditors for April 17, 2024.

8. The plan lists the amount of the claim at $3,005.00 at 0.00% interest.

9. As of the February 16, 2024, the balance on Capital One Auto Finance, a division of Capital One, N.A. Total claim was $10,184.15.

10. A proposed 0.000% interest rate is inconsistent with Till v. SCS Credit Corp., 541 U.S. 405

      (2004).

11.     The fair market value for the Motor Vehicle is $9,575.00. See attached Exhibit C.

12.     COAF is entitled to a secured claim of $9,575.00 at 7.570% interest over the life of the plan.

13.     For the foregoing reasons, COAF objects to confirmation of the Plan.

    WHEREFORE **Capital One Auto Finance, a division of Capital One, N.A.**, respectfully requests this Honorable Court to deny confirmation of the Plan.

    Respectfully submitted,

    Lavin, Cedrone, Graver, Boyd & DiSipio

BY: */s/* Regina Cohen
    Regina Cohen
    State Bar #57272
    Suite 500 190 North Independence Mall West
    6th & Race Streets
    Philadelphia, PA 19106
    (215) 351-7551
    Attorney for
    Capital One Auto Finance,
    a division of Capital One, N.A.

Dated: April 10, 2024