# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 24-10523-AMC |
| Jodie Beth Barker, | |
| Debtor | CHAPTER 13 |

### PRAECIPE TO WITHDRAW OBJECTION OF CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

To the Clerk:

Kindly mark the Objection of Capital One Auto Finance, a division of Capital One, N.A. to Confirmation of Debtor's Proposed Plan filed on April 10, 2024 WITHDRAWN without prejudice.

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATE: 10/4/2024

BY: /s/ Regina Cohen
Regina Cohen
State Bar #57272
190 North Independence Mall West 6th & Race Streets
Suite 500
Philadelphia, PA 19106
(215) 351-7551
Attorney for Capital One Auto Finance, a division of Capital One, N.A.