United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10523-amc |
| Jodie Beth Barker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jodie Beth Barker, 1434 N. Etting Street, Philadelphia, PA 19121-3710 |
| 14855932 | | 3325 Livingston St, LLC, 651 Winks Ln, Bensalem, PA 19020-5934 |
| 14855954 | | New York State Thruway, 200 Southern Blvd, Albany, NY 12209-2018 |
| 14855959 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14855933 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 14 2024 00:30:40 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14855934 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 14 2024 00:29:19 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 14855938 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14855935 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 00:29:12 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14855936 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 14 2024 00:30:13 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14857194 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 00:30:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14870547 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 00:30:08 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14855937 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:30:46 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14855939 | | Email/Text: bankruptcy@philapark.org | Nov 14 2024 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14855940 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14855942 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14855943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14855945 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14855946 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2024 00:23:00 | | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14855947 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2024 00:23:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14855941 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2024 00:23:00 | | Comenity Bank/anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14855948 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2024 00:23:00 | | Comenity Capital Bank/HSN, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14855944 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2024 00:23:00 | | Comenity bank/J Crew, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 14855949 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2024 00:23:00 | | Comenitybank/hottpic, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14855950 | | Email/PDF: DellBKNotifications@resurgent.com Nov 14 2024 00:29:16 | | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 14855951 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 14 2024 00:23:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14855952 | | Email/Text: PBNCNotifications@peritusservices.com Nov 14 2024 00:23:00 | | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14876356 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 14 2024 00:30:39 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14855953 | | Email/Text: EBN@Mohela.com Nov 14 2024 00:23:00 | | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14911832 | | Email/Text: EBN@Mohela.com Nov 14 2024 00:23:00 | | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14870283 | + | Email/Text: JCAP_BNC_Notices@jcap.com Nov 14 2024 00:23:00 | | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14855955 | | Email/Text: bnc@nordstrom.com Nov 14 2024 00:23:16 | | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14855956 | | Email/Text: fesbank@attorneygeneral.gov Nov 14 2024 00:23:00 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14877035 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2024 00:41:31 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14855957 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2024 00:23:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14855958 | ^ | MEBN Nov 14 2024 00:18:55 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14855960 | | Email/Text: bankruptcy@philapark.org Nov 14 2024 00:23:00 | | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14855961 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Nov 14 2024 00:30:47 | | Raymond & Flannigan/Wffnatlbnk, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14855962 | ^ | MEBN Nov 14 2024 00:18:52 | | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14855964 | | Email/Text: cathy@scratchpay.com Nov 14 2024 00:23:00 | | Scratch Financial, Attn: Compliance Attn: Compliance, 815 Colorado Blvd, Ste 450, Los Angeles, CA 90041 |
| 14855963 | + | Email/Text: enotifications@santanderconsumerusa.com Nov 14 2024 00:23:00 | | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14855965 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 14855966 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:41:31 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 14855967 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:44 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14855968 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:34 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14855969 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:50 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14855970 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:47 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14855971 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:10 | Synchrony Bank/Brook Brothers, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14855973 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:29:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14855974 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:15 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14855975 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:41:25 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14855976 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:36 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14855977 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:50 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14855978 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:40 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14864389 | + | Email/Text: tdebn@credbankserv.com | Nov 14 2024 00:41:27 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14855979 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 14 2024 00:23:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| | | | Nov 14 2024 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14855980 | ^ | MEBN | Nov 14 2024 00:18:38 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14855981 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 00:30:38 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14876357 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14855972 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 57 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jodie Beth Barker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Jodie Beth Barker             Case No. 24−10523−amc

Debtor(s).             Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 12, 2024             For The Court

            Ashely M. Chan  
            Chief Judge, United States Bankruptcy Court